# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv598

| | |
|---|---|
| PAULA CRABILL,　　　　　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　　　　Plaintiff,　　　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　　vs.　　　　　　　　　　) | **O R D E R** |
| 　　　　　　　　　　　　　　　) | |
| CHARLOTTE-MECKLENBURG　　　　) | |
| BOARD OF EDUCATION,　　　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　　　　Defendant.　　　　　) | |

**THIS MATTER** is before the Court *sua sponte*.

Local Rule 16.1 provides that no later than fourteen (14) days from joinder of the issues, the parties or their counsel shall conduct an Initial Attorney's Conference ("IAC"). LCvR 16.1(A). "Joinder of the issues" occurs when the final answer to a complaint has been filed. LCvR 16.1(D). Within five (5) days of the IAC, the parties are required to file a Certification of Initial Attorney's Conference ("CIAC") with the Court. LCvR 16.1(B).

The Defendant filed its Answer to the Plaintiff's Complaint on December 23, 2008. Accordingly, the parties were required to conduct an

IAC on or before January 6, 2009, and to file a CIAC on or before January 13, 2009.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff and the Defendant shall conduct an Initial Attorney's Conference within ten (10) days of the entry of this Order, if they have not already done so, and shall file certification thereof with the Court within five (5) days thereafter.

**IT IS SO ORDERED**.

Signed: January 14, 2009

Martin Reidinger
United States District Judge