**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL CASE NO. 3:08cv598**

| | | |
|---|---|---|
| **PAULA CRABILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **J U D G M E N T** |
| | ) | |
| **CHARLOTTE-MECKLENBURG** | ) | |
| **BOARD OF EDUCATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion for Summary Judgment [Doc. 19] is **GRANTED**; the Plaintiff's Motion for Partial Summary Judgment [Doc. 21] is **DENIED**; and Judgment is hereby entered in favor of the Defendant Charlotte-Mecklenburg Board of Education. This case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: April 13, 2010

Martin Reidinger
United States District Judge