# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:08cv598

| | |
|---|---|
| PAULA CRABILL, ) | |
| Plaintiff, ) | |
| Vs. ) | ORDER |
| CHARLOTTE-MECKLENBURG BOARD ) OF EDUCATION, ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the joint Motion for Final Pretrial Conference. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Final Pretrial Conference (#48) is **GRANTED,** and this matter is calendared for Final Pretrial Conference on January 26, 2012, at 3:30 p.m.

Signed: January 11, 2012

Max O. Cogburn Jr.
United States District Judge

-1-